# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DIANTHA SANDERS, | : | |
| Plaintiff, | : | |
| | | Case No. 3:14cv00106 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on November 10, 2014 (Doc. #11) is ADOPTED in full;

2. The parties' Joint Motion for Remand (Doc. #10) is GRANTED;

3. The Clerk of Court is directed to enter Judgment in favor of Plaintiff and against Defendant reversing Defendant's final decision and remanding this matter to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Decision and Entry and the Report and Recommendations; and,

4.  The case is terminated on the docket of this Court.

December 1, 2014                                              *s/Thomas M. Rose

                                                                                           _____
                                                                                               Thomas M. Rose
                                                                                  United States District Judge