IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DIANTHA SANDERS, | : |
| Plaintiff, | : |
| | Case No. 3:14cv00106 |
| vs. | : |
| | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social Security Administration, | : |
| Defendant. | : |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on December 18, 2014 (Doc. #15) is ADOPTED in full;

2. The parties' Stipulation For Award of Attorney Fees under the Equal Access to Justice Act (Doc. #14) is GRANTED, and the Commissioner is ordered to pay Plaintiff's attorney fees, costs, and expenses in the total amount of $3,200.00; and

3. Defendant is further ordered to verify, within thirty days of this Decision and Entry, whether or not Plaintiff owes a pre-existing debt to the United States

subject to offset.  If no such pre-existing debt exists, Defendant is ordered to pay the EAJA award directly to Plaintiff's attorney.

January 6, 2015                                    */Thomas M. Rose

                                                   _____
                                                   Thomas M. Rose
                                                   United States District Judge